April 20, 2012

Ms. Jennifer Gossom Martin
Schell Cooley LLP
15455 Dallas Pkwy., Suite 550
Addison, TX 75001
Mr. Shawn Malcolm McCaskill
Godwin Ronquillo PC
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041

RE: Case Number: 10-0995
 Court of Appeals Number: 05-08-01099-CV
 Trial Court Number: 04-00335

Style: DR. ERWIN CRUZ
 v.
 ANDREWS RESTORATION, INC. D/B/A PROTECH SERVICES AND RUDY MARTINEZ v.
 CHUBB LLOYDS INSURANCE COMPANY OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |